IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| **In re: Alyssa Joy Jines,** | ) | |
| **Debtor.** | ) | |
| | ) | Case No.: 11-20225-659 |
| FLORA YOUNG, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Adversary No.: 11-02014-659 |
| | ) | |
| ALYSSA JOY JINES, | ) | Chapter 7 Bankruptcy |
| | ) | |
| Defendant. | ) | |

### PLAINTIFF'S MOTION TO DISMISS ADVERSARY PROCEEDING WITH PREJUDICE

**COMES NOW** Plaintiff, Flora Young, by and through her counsel of record, who hereby dismisses this action, with prejudice, as against Defendant/Debtor.

**WHEREFORE**, Plaintiff respectfully requests that this action be dismissed in its entirety, with prejudice.

Respectfully Submitted,

March 26, 2012

　/s/ Michael W. McCrary_____
Michael W. McCrary  MO Bar # 52878
Kespohl, McCrary, & Cornejo, L.L.C.
1103 East Walnut Street
Columbia, MO 65201
Tel (573) 443-2889 Fax (573) 443-3889
mccrarylawecf@yahoo.com
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

      The undersigned certifies that a complete copy of this instrument was sent via First Class Mail, postage prepaid, to Casey Welch, Esq., of Wasinger, Parham, Morthland, Terrell, & Wasinger, L.C., Counsel of Record for Defendants at P.O. Box 962, Hannibal, Missouri 63401 on this 26th day of March 2012.

                    /s/ Michael W. McCrary